UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMMIID, LLC, D/B/A　　　　　　　　　　CIVIL CASE NO. 1:23-cv-00253-PAE
INDIAN VILLAGE QUICK STOP
Plaintiffs

versus　　　　　　　　　　　　　　　　JUDGE PAUL A. ENGELMAYER

MT. HAWLEY INSURANCE
COMPANY
Defendant

## ORDER

Considering the foregoing motion of Somer G. Brown and Michael K. Cox, to allow the withdrawal as counsel for UMMIID, LLC D/B/A INDIAN VILLAGE QUICK STOP, the Court grants this motion. As such, the Court orders that Somer G. Brown and Michael K. Cox of the law firm Cox, Cox, Filo, Camel, Wilson & Brown, LLC be removed as counsel for UMMIID, LLC D/B/A INDIAN VILLAGE QUICK STOP.

_____New York_____, New York, this __20__ day of April 2023.

_____
JUDGE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT