UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNMIID, LLC, D/B/A/ INDIAN VILLAGE QUICK STOP,

                    Plaintiff,

-v-

MT. HAWLEY INSURANCE CO.,

                    Defendant.

23 Civ. 253 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 11, 2023, the Court granted the parties' request to reopen this case for an additional 30-day period (until October 8, 2023) to consummate a settlement. Dkt. 40. That date having passed with no filing from either party, the Court orders that the above-entitled action is hereby dismissed and discontinued. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 9, 2023
New York, New York